| | |
|---|---|
| Medora A. Marisseau, WSBA #23114<br>Bullivant Houser Bailey PC<br>1601 Fifth Avenue, Suite 2300<br>Seattle, Washington 98101-1618<br>Telephone: 206.292.8930<br>Facsimile: 206.386.5130<br>E-Mail:<br>medora.Marisseau@bullivant.com<br><br>Attorneys for Plaintiff | HONORABLE EDWARD F. SHEA |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, an administrator for THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>TODD ROGERS,<br><br>        Defendant. | No.  CV-04-0167 EFS<br><br>ORDER OF DISMISSAL |

Based upon the foregoing stipulation of counsel for plaintiff and defendant, IT IS HEREBY ORDERED: the parties' Stipulation for Dismissal, (Ct. Rec. 23), is GRANTED. The claims against defendant are hereby dismissed with prejudice and without attorneys' fees or costs.  The case is hereby CLOSED.

///

DATED  August 15, 2005  .

_s/ Edward F. Shea_
HONORABLE EDWARD F. SHEA

Presented By:

BULLIVANT HOUSER BAILEY PC


/s/ Medora A. Marisseau
Medora A. Marisseau, WSBA # 23114
E-mail: medora.marisseau@bullivant.com
Attorneys for Plaintiff Berkshire Life
Insurance Company Of America
BULLIVANT HOUSER BAILEY PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130

WITHERSPOON KELLEY DAVENPORT & TOOLE


/s/ R. Max Etter
R. Max Etter, WSBA#1928
Attorneys for Defendant Todd Rogers
Witherspoon Kelley Davenport & Toole
1100 U.S. Bank Building
422 W Riverside Ave.
Spokane, WA  99201-0302
Telephone: (509) 624-5265
Facsimile: (509) 458-2728

3456175.1